IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY LAMARK MURPHY,       )
                          )
     Plaintiff,           )
                          )   CIVIL ACTION NO.
     v.                   )   2:16cv877-MHT
                          )        (WO)
SUSAN G. JAMES,           )
                          )
     Defendant.           )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant, his former attorney, abandoned his appeal; he also asserts a state-law claim for malpractice. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of December, 2016.

                                            /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE